DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH EDWARD NEWNAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2400

[November 30, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit; James W. McCann, Judge; L.T. Case No. 562015CF001713A.

James Edward Newnam, Fort Pierce, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***